1 | BENJAMIN B. WAGNER
United States Attorney
2 | ELANA S. LANDAU
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case NO. 1:11-CR-393
Plaintiff, )
) REQUEST TO **UNSEAL** INDICTMENT
v. )
)
H C BRYANT and )
CHARLEY RAY DENWITTY, JR., )
)
Defendants. )

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

                                BENJAMIN B. WAGNER
                                United States Attorney

Date: December 6, 2011      /s/ Elana S. Landau
                                By: Elana S. Landau
                                Assistant United States Attorney

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
 5
 6
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                         EASTERN DISTRICT OF CALIFORNIA
 8
 9
10
11  UNITED STATES OF AMERICA,        )   Case No: 1:11-CR-393
                                     )
12                   Plaintiff,      )
                                     )   ORDER TO UNSEAL INDICTMENT
13       v.                          )
                                     )
14                                   )
    H C BRYANT and                   )
15  CHARLEY RAY DENWITTY, JR.,       )
                                     )
16                   Defendants.     )
                                     )
17
18       Upon application of the United States of America and good cause
19  having been shown,
20       The indictment in the above-captioned proceeding is hereby
21  unsealed.
22
23       IT IS SO ORDERED.
24  Dated:   December 7, 2011              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE
25
26
27
28
                                       2
```